SLIP OPINION

Cite as 2015 Ark. 298

# SUPREME COURT OF ARKANSAS

No. CV-14-427

NATHANIEL SMITH, M.D., M.P.H., INTERIM DIRECTOR OF THE ARKANSAS DEPARTMENT OF HEALTH, IN HIS OFFICIAL CAPACITY, AND HIS SUCCESSORS IN OFFICE; RICHARD WEISS, DIRECTOR OF THE ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION, IN HIS OFFICIAL CAPACITY, AND HIS SUCCESSORS IN OFFICE; PULASKI CIRCUIT/COUNTY CLERK, LARRY CRANE, IN HIS OFFICIAL CAPACITY, AND HIS SUCCESSORS IN INTEREST; WHITE COUNTY CLERK, CHERYL EVANS, IN HER OFFICIAL CAPACITY, AND HER SUCCESSORS IN INTEREST; LONOKE COUNTY CLERK, WILLIAM "LARRY" CLARKE, IN HIS OFFICIAL CAPACITY, AND HIS SUCCESSORS IN INTEREST; CONWAY COUNTY CLERK, DEBBIE HARTMAN, IN HER OFFICIAL CAPACITY, AND HER SUCCESSORS IN OFFICE; SALINE COUNTY CLERK, DOUG CURTIS, IN HIS OFFICIAL CAPACITY, AND HIS SUCCESSORS IN OFFICE; FAULKNER COUNTY CLERK, MELINDA REYNOLDS, IN HER OFFICIAL CAPACITY, AND HER SUCCESSORS IN OFFICE; AND WASHINGTON COUNTY CLERK, BECKY LEWALLEN, IN HER OFFICIAL CAPACITY, AND HER SUCCESSORS IN OFFICE

                                                        APPELLANTS

V.

Opinion Delivered June 26, 2015

APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT [NO. 60CV-13-2662]

HONORABLE CHRISTOPHER CHARLES PIAZZA, JUDGE

DISMISSED.

M. KENDALL WRIGHT AND JULIA E. WRIGHT, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILDREN, G.D.W. AND P.L.W.; RHONDA L. EDDY AND TREBA L. LEATH; CAROL L. OWENS AND RANEE J. HARP; NATALIE WARTICK AND TOMMIE J. WARTICK, INDIVIDUALLY AND ON BEHALF OF THEIR MINOR SON T.B.W.; KIMBERLY M. KIDWELL AND KATHRYN E. SHORT; JAMES BOONE AND WESLEY GIVENS; KIMBERLY M. ROBINSON AND FELICITY L. ROBINSON; LINDA L. MEYERS AND ANGELA K. SHELBY; GREGORY A. BRUCE AND WILLIAM D. SMITH, JR.; MONICA J. LOYD AND JENNIFER L. LOCHRIDGE; JENNIFER D. MOORE AND MANDY A. LYLES; JONATHAN K. GOBER AND MARK R. NORWINE; ANDRA ALSBURY AND AMBER GARDNER-ALSBURY; ANGELA SPEARS GULLETTE AND LIVICIE C. GULLETTE; SHANNON HAVENS AND RACHEL WITTENBURG; CODY RENEGAR AND THOMAS STAED; KATHERINE HENSON AND ANGELIA BUFORD; CHRISTOPHER H. HORTON AND MICHAEL E. POTTS; JOHN SCHENCK AND ROBERT LOYD; WILLIAM A. KING AND JOHN MCCLAY RANKINE; ARICA NAVARRO; PATRICIA NAVARRO; AND RANDY AND GARY EDDY-MCCAIN

APPELLEES

**PER CURIAM**

CV-14-427

This is an appeal from the Pulaski County Circuit Court's ruling that amendment 83 to the Arkansas Constitution and Acts 144 and 146 of 1997 are unconstitutional under both the Arkansas and United States Constitutions. In light of the Supreme Court's decision in *Obergefell v. Hodges*, 576 U.S. ___ (June 26, 2015), holding that such marriage laws violate the Fourteenth Amendment to the United States Constitution, there are no remaining justiciable issues in this appeal, and the appeal is moot. *Bd. of Trustees of the Univ. of Ark. v. Crawford Cnty. Cir. Ct.*, 2014 Ark. 60, 431 S.W.3d 851 (holding that a case becomes moot when any judgment rendered would have no practical legal effect upon a then existing legal controversy).

Appeal dismissed.